UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.M., Individually and On Behalf of A.G.1 and
A.G.2, Children with Disabilities,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.

**ORDER**

21 Civ. 11210 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The briefing schedule for Plaintiff's motion for attorneys' fees is as follows:

    Plaintiff's submission is due January 27, 2023;

    Defendant's opposition is due February 17, 2023;

    Plaintiff's reply is due February 24, 2023.

    The conference currently scheduled for January 12, 2023, is adjourned sine die.

Dated: New York, New York
       January 6, 2023

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge