**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

R.M., et al.

                                        Plaintiffs,                    **21-cv-11210 (PGG)**

                    -against-                                          **ORDER SCHEDULING**
                                                                       **CONFERENCE**

NEW YORK CITY DEPARTMENT OF EDUCATION

                                        Defendant.
----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A conference to discuss the issues raised in the letter motion at ECF No. 85 is hereby

scheduled for **February 8, 2024, at 12:30 p.m.** Counsel for the parties are directed to call Judge

Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access**

**code [9781335].**


             **SO ORDERED.**

DATED:        New York, New York
              February 7, 2024

                                                       _____
                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge